IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



FILED
JAN 14 2016
Clerk, U.S. District Court
District Of Montana
Missoula

| | |
|---|---|
| FRIENDS OF THE WILD SWAN; MONTANA ENVIRONMENTAL INFORMATION CENTER; and NATURAL RESOURCE DEFENSE COUNCIL, <br><br> Plaintiffs, <br><br> vs. <br><br> S.M.R. JEWELL, Secretary, U.S. Department of Interior, in her official capacity; and UNITED STATES FISH AND WILDLIFE SERVICE, <br><br> Defendants, <br><br> and <br><br> MONTANA BOARD OF LAND COMMISSIONERS and MONTANA DEPARTMENT OF NATURAL RESOURCES AND CONSERVATION, <br><br> Intervenor-Defendants. | CV 13–61–M–DWM <br><br> ORDER |

The parties having reached a stipulation as to Plaintiffs' motion for attorneys' fees and costs (Doc. 80),

IT IS ORDERED that the parties' stipulation (Doc. 85) is APPROVED and

1

ADOPTED. However, the Court will not retain jurisdiction to enforce the parties' stipulation. *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994).

IT IS FURTHER ORDERED that Plaintiffs' motion for attorneys' fees and costs (Doc. 80) is DENIED as MOOT.

Dated this 14th day of January, 2016.

Donald W. Molloy, District Judge
United States District Court